**Fill in this information to identify the case:**

Debtor name: **Bowie Real Estate Holdings, LP**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which
the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Hashmi Law Group<br>4851 LBJ Fwy, Suite 150<br>Dallas, TX 75244 | | Legal Services | | | | $300,000.00 |
| 2 | Hitachi Capital America Corp.<br>7808 Creekridge Circle<br>Edina, NM 55439 | | Debt | | | | $26,207.00 |
| 3 | US Premium Finance<br>280 Technology Pkwy, Ste 200<br>Norcross, GA 30092 | | Debt | | | | $7,313.82 |