**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE: Bowie Real Estate Holdings, LP　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER　11

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date　4/6/2020　　　　　　　　　　　　　Signature　/s/ Faraz Hashmi
　　　　　　　　　　　　　　　　　　　　　　　　*Faraz Hashmi*
　　　　　　　　　　　　　　　　　　　　　　　　*Managing Member of General Partner*

Date　　　　　　　　　　　　　　　　　　　Signature

Bowie Independent School District
100 W. Wichita St.
Bowie, TX 76230

City of Bowie
304 Lindsey St.
Bowie, TX 76230

CrossFirst Bank
2021 McKinney Avenue, Ste 800
Dallas, TX 75201

Hashmi Law Group
4851 LBJ Fwy, Suite 150
Dallas, TX 75244

Hitachi Capital America Corp.
7808 Creekridge Circle
Edina, NM 55439

Jackson Walker LLP
Attn Kelly Hodge, Esq
2021 McKinney Ave., Ste 800
Dallas, TX 75201

Montague County Tax Authority
PO Box 8
Montague, TX 76251

Perdue Brandon Collins & Mott LLP
900 8th St., Suite 1100
Wichita Falls, TX 76301

US Premium Finance
280 Technology Pkwy, Ste 200
Norcross, GA 30092

William Kincaid
802 Gray St.
Bowie, TX 76230