| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): **20-70115**    Chapter **11** |

☑ Check if this is an amended filing

Official Form 201
**Voluntary Petition for Non-Individuals Filing for Bankruptcy**    02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-

1. **Debtor's name**    Bowie Real Estate Holdings, LP

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer**    8 1 – 2 6 0 9 6 5 3

4. **Debtor's address**

   **Principal place of business**

   **705 E. Greenwood Ave.**
   Number    Street

   **Bowie**    **TX**    **76230**
   City    State    ZIP Code

   **Montague**
   County

   **Mailing address, if different from principal**

   **4851 LBJ Fwy, Ste 150**
   Number    Street

   P.O. Box

   **Dallas**    **TX**    **75244**
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City    State    ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**
   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☑ Partnership (excluding LLP)
   ☐ Other. Specify:

Debtor **Bowie Real Estate Holdings, LP** Case number (if known) **20-70115**

7. **Describe debtor's business**

    A. Check one:
    - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    - ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    - ☐ None of the above

    B. Check all that apply:
    - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
    - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

    **5 3 1 1**

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    Check one:
    - ☐ Chapter 7
    - ☐ Chapter 9
    - ☒ Chapter 11. Check all that apply:
        - ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to
        - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101 (51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax
        - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101 (51D), and it
        - ☐ A plan is being filed with this petition.
        - ☐ Acceptances of the plan were solicited prepetition from one or more classes of
        - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-
        - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934
    - ☐ Chapter 12

Debtor **Bowie Real Estate Holdings, LP**    Case number (if known) **20-70115**

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a

   ☒ No

   ☐ Yes. District _____ When _____ Case number _____
   MM / DD / YYYY

   District _____ When _____ Case number _____
   MM / DD / YYYY

   District _____ When _____ Case number _____
   MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1,

    ☒ No

    ☐ Yes. Debtor _____ Relationship _____

    District _____ When _____
    MM / DD / YYYY

    Case number, if known _____

    Debtor _____ Relationship _____

    District _____ When _____
    MM / DD / YYYY

    Case number, if known _____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this

Debtor **Bowie Real Estate Holdings, LP**　　　Case number (if known) **20-70115**

| | | |
|---|---|---|
| **12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>　☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>　　What is the hazard? _____<br>　☐ It needs to be physically secured or protected from the weather.<br>　☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or<br>　☐ Other _____<br><br>**Where is the property?** _____<br>　　　　　　　　　　　　　　Number　Street<br>　　　　　　　　　　　　　　_____<br>　　　　　　　　　　　　　　_____　_____　_____<br>　　　　　　　　　　　　　　City　　　　　　　State　ZIP Code<br><br>**Is the property insured?**<br>　☐ No<br>　☐ Yes. Insurance agency _____<br>　　　　　Contact name　　_____<br>　　　　　Phone　　　　　　_____ | |

### Statistical and adminstrative information

| | | | | |
|---|---|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | | |
| **14.** | **Estimated number of creditors** | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| **15.** | **Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

Debtor **Bowie Real Estate Holdings, LP** _____  Case number (if known) **20-70115** _____

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to

**17. Declaration and signature of authorized representative**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/06/2020**
MM / DD / YYYY

X **/s/ Faraz Hashmi** _____    **Faraz Hashmi** _____
  Signature of authorized representative of debtor    Printed name

Title **Managing Member of General Partner** _____

**18. Signature of attorney**

X **/s/ John Paul Stanford** _____   Date **04/06/2020**
  Signature of attorney for debtor                                          MM / DD / YYYY

**John Paul Stanford**
Printed name
**Quilling, Selander, Lownds, Winslett & Moser, P.C.**
Firm name
**2001 Bryan Street, Suite 1800**
Number      Street

_____

**Dallas**                         **TX**           **75201**
City                              State          ZIP Code

**(214) 871-2100**                 **jstanford@qslwm.com**
Contact phone                     Email address
**19037350**                       **TX**
Bar number                        State