

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 7, 2020**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BOWIE REAL ESTATE HOLDINGS, LP. | § | CASE NO. 20-70115-HDH-11 |
| | § | (Chapter 11) |
| DEBTOR | § | |

### ORDER GRANTING EMERGENCY MOTION TO
### RESTRICT PUBLIC ACCESS TO ATTACHMENT TO VOLUNTARY PETITION

Came on for consideration the Emergency Motion to Restrict Public Access to Attachment to Voluntary Petition by Bowie Real Estate Holdings, LP ("Debtor"). The Court, having considered the Motion, finds that the relief requested therein should be granted. **IT IS THEREFORE,**

**ORDERED** that public access should be, and hereby is restricted to Docket No. 1 and its attachments. **IT IS FURTHER,**

**ORDERED** that the Debtor's amended voluntary petition with a copy of the redacted tax return satisfies the requirement for the Debtor to file its last available tax return.

### ### END OF ORDER ###