IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE: §
§
BOWIE REAL ESTATE HOLDINGS, LP., § CASE NO. 20-70115-HDH-11
§ (Chapter 11)
DEBTOR §

**<u>AFFIDAVIT OF JOHN PAUL STANFORD</u>**

STATE OF TEXAS §
§
COUNTY OF DALLAS §

BEFORE ME, the undersigned authority, on this day personally appeared John Paul Stanford, personally known to me to be the person whose name is subscribed hereto, and who, after being by me first duly sworn, upon his oath stated as follows:

1.      "My name is John Paul Stanford.  I am an attorney admitted to practice in the State of Texas.  I am also admitted to practice in this Court.  I have personal knowledge of the facts stated herein, and they are all true and correct.

2.      I am a shareholder in the law firm of Quilling, Selander, Lownds, Winslett & Moser, P.C. ("QSLWM"), which maintains offices for the practice of law at 2001 Bryan Street, Suite 1800, Dallas, Texas 75201. I am authorized to make this Affidavit on behalf of QSLWM in support of the Application by Bowie Real Estate Holdings, LP (the "Debtor") to Employ Quilling, Selander, Lownds, Winslett & Moser, P.C. as General Counsel (the "Application").

3.      Neither QSLWM, nor any partner, counsel, or associate thereof have any connection with the Trustee, the Debtor, its creditors, any other party in interest herein, their respective attorneys or accountants, the United State trustee, or any person employed in the office of the United States Trustee.

4.      Neither QSLWM, nor any member, counsel, or associate thereof represent any

**AFFIDAVIT OF JOHN PAUL STANFORD - Page 1**

EXHIBIT

A

interest adverse to the Debtor or its estate with respect to the matters on which QSLWM is to be employed. QSLWM and each of its employees are disinterested persons, as defined by 11 U.S.C. §101(14).

5. I have thoroughly read the Application. As a shareholder of QSLWM, I hereby state that QSLWM understands and agrees to the stated terms of employment.

6. The terms of employment of QSLWM, as agreed to by the Debtor and subject to the approval of this Court, are that certain attorneys and personnel within the firm will undertake this representation at their respective standard hourly rates charged to all other clients whether in bankruptcy or non-bankruptcy related matters. The Debtor has been informed that the normal hourly billing rates of QSLWM range from $300.00 to $425.00 per hour for shareholders and $225.00 to $275.00 per hour for associates. The rates for paralegals range from $75.00 to $140.00 per hour. The hourly rates charged by QSLWM are subject to periodic adjustments to reflect changing economic conditions and the increasing experience and expertise of its attorneys and personnel in the area of bankruptcy law. QSLWM has agreed to submit to the Debtor, on a monthly basis, a computerized billing report which will show the time expended on a daily basis by each attorney and legal assistant, together with such person's hourly billing rate and a description of the services rendered on behalf of the Debtor. It is contemplated that QSLWM will seek compensation from the Debtor's estate based upon its normal hourly billing rates. It is further contemplated that QSLWM will seek interim compensation during the case as permitted by 11 U.S.C. § 331.

7. To the best of my knowledge and belief, QSLWM is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code."

AFFIANT FURTHER SAITH NOT.

**AFFIDAVIT OF JOHN PAUL STANFORD - Page 2**

John Paul Stanford

SWORN AND SUBSCRIBED TO BEFORE ME on this 13th day of April, 2020, to certify which witness my hand and official seal.

Notary Public in and for the State of Texas

JEDONNA ADAMS
Notary Public, State of Texas
Comm. Expires 08-27-2020
Notary ID 1907841

**AFFIDAVIT OF JOHN PAUL STANFORD - Page 3**