| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-7<br>Case 20-70115-hdh11<br>Northern District of Texas<br>Wichita Falls<br>Mon Apr 13 08:33:36 CDT 2020 | Bowie Real Estate Holdings, LP<br>705 E. Greenwood Ave.<br>Bowie, TX 76230-3135 | Montague County & Bowie ISD<br>c/o Perdue Brandon Fielder<br>PO Box 8188<br>Wichita Falls, TX 76307-8188 |
| 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 | Bowie Independent School District<br>100 W. Wichita St.<br>Bowie, TX 76230-5416 | Bowie Independent School District<br>c/o Perdue Brandon Fielder<br>PO Box 8188<br>Wichita Falls, TX 76307-8188 |
| City of Bowie<br>304 Lindsey St.<br>Bowie, TX 76230-4912 | CrossFirst Bank<br>2021 McKinney Avenue, Ste 800<br>Dallas, TX 75201-3346 | Hashmi Law Group<br>4851 LBJ Fwy, Suite 150<br>Dallas, TX 75244-6004 |
| Hitachi Capital America Corp.<br>7808 Creekridge Circle<br>Edina, NM 55439-2647 | Jackson Walker LLP<br>Attn Kelly Hodge, Esq<br>2021 McKinney Ave., Ste 800<br>Dallas, TX 75201-3346 | Montague County<br>c/o Perdue Brandon Fielder<br>PO Box 8188<br>Wichita Falls, TX 76307-8188 |
| Montague County Tax Authority<br>PO Box 8<br>Montague, TX 76251-0008 | Perdue Brandon Collins & Mott LLP<br>900 8th St., Suite 1100<br>Wichita Falls, TX 76301-6812 | (p)US PREMIUM FINANCE<br>280 TECHNOLOGY PARKWAY<br>SUITE 200<br>NORCROSS GA 30092-2990 |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | William Kincaid<br>802 Gray St.<br>Bowie, TX 76230 | John Paul Stanford<br>Quilling, Selander, Lownds, et al<br>2001 Bryan St., Suite 1800<br>Dallas, TX 75201-3071 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

US Premium Finance
280 Technology Pkwy, Ste 200
Norcross, GA 30092

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)CrossFirst Bank | End of Label Matrix<br>Mailable recipients    17<br>Bypassed recipients     1<br>Total                  18 |