John Paul Stanford, Esq.
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Fax)

Proposed Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BOWIE REAL ESTATE HOLDINGS, LP | § | CASE NO. 20-70115-HDH-11 |
| | § | (Chapter 11) |
| DEBTOR | § | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 21, 2020, a true and correct copy of the Notice of Chapter 11 Bankruptcy Case and Meeting of Creditors *(Docket No. 11),* attached hereto as Exhibit "A," was served by U.S. first class mail, postage prepaid, on all parties listed on the attached service matrix.

    DATED:  April 21, 2020.

                                                    Respectfully submitted,

                                                  Quilling, Selander, Lownds,
                                                  Winslett & Moser, P.C.
                                                  2001 Bryan Street, Suite 1800
                                                  Dallas, Texas 75201
                                                  (214) 871-2100 (Telephone)
                                                  (214) 871-2111 (Telefax)

                                       By:  */s/ John Paul Stanford*
                                                      John Paul Stanford
                                                      State Bar No. 19037350

                                                  PROPOSED ATTORNEYS FOR DEBTOR

**CERTIFICATE OF SERVICE  - Solo Page**