John Paul Stanford, Esq.
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Fax)

Proposed Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BOWIE REAL ESTATE HOLDINGS, LP, | § | CASE NO. 20-70115-HDH-11 |
| | § | (Chapter 11) |
| DEBTOR | § | |

## CERTIFICATE OF NO OBJECTION

I hereby certify that on April 13, 2020, I filed an Application to Employ Quilling, Selander, Lownds, Winslett & Moser, P.C. ("QSLWM") as General Counsel ("Application") [Docket No. 10] which contained twenty-four (24) day negative notice language. As of today's date, no responses or objections to the Application have been filed.

DATED:  June 8, 2020.

Respectfully submitted,

QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas  75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Fax)

By:   */s/ John Paul Stanford*
       John Paul Stanford
       State Bar No. 19037350

PROPOSED ATTORNEYS FOR DEBTOR

CERTIFICATE OF NO OBJECTION  -  Solo Page