

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 17, 2020**

_____
**United States Bankruptcy Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BOWIE REAL ESTATE HOLDINGS, LP, | § | CASE NO. 20-70115-HDH-11 |
| | § | (Chapter 11) |
| DEBTOR | § | |

## ORDER APPROVING EMPLOYMENT OF GENERAL COUNSEL

On this day, came on for consideration the Application to Employ Quilling, Selander, Lownds, Winslett & Moser, P.C. ("QSLWM") as General Counsel to the Debtor (the "Application") in the above-referenced case. The Court, having considered the Application and noting that proper notice of the Application was given to proper parties, finds as follows:

1. On April 6, 2020 (the "Petition Date"), Debtor, Bowie Real Estate Holdings, LP filed a voluntary petition for relief under Chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code"), commencing its above-styled bankruptcy case.

2. The Debtor remains in possession of its assets and is continuing to operate and manage its business as a debtor-in-possession.

3. The Debtor filed the Application seeking this Court's approval to employ QSLWM as its general bankruptcy counsel in this case.

4. QSLWM meets the criteria for employment of counsel and has complied with the requirements of section 327 of the Bankruptcy Code and Bankruptcy Rule 2014. The Court finds and concludes that QSLWM is disinterested and represents no interest adverse to the estate in the matters upon which QSLWM is to be engaged by the Debtor.

5. The Debtor's proposed employment of QSLWM, on the terms and at the hourly rates set forth in the Application, is appropriate and in the best interest of the Debtor's bankruptcy estate.

6. Pursuant to section 102(1) of the Bankruptcy Code, the notice and opportunity for a hearing provided in connection with the Application and this Order were appropriate under the circumstances of this case.

**IT IS THEREFORE ORDERED** that the Application is GRANTED.

**IT IS FURTHER ORDERED** that the employment of QSLWM as general bankruptcy counsel for the Debtor is hereby APPROVED.

**IT IS FURTHER ORDERED** that QSLWM shall be compensated in accordance with the procedures set forth in 11 U.S.C. §§330 and 331, any applicable Federal Rules of Bankruptcy Procedure, the Local Rules for the United States Bankruptcy Court for the Northern District of Texas, the Guidelines established by the U.S. Trustee, and any procedures as fixed by further order of this Court.

### ### END OF ORDER ###

Case 20-70115-hdh11 Doc 25 Filed 06/18/20 Entered 06/18/20 14:48:55 Page 3 of 3


Submitted by:

John Paul Stanford, Esq.
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas  75201
(214) 871-2100 – Telephone
(214) 871-2111 – Facsimile
Email:  jstanford@qslwm.com

**ORDER APPROVING EMPLOYMENT OF GENERAL COUNSEL  -  Page 3**