IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| BOWIE REAL ESTATE HOLDINGS, LP | § | CASE NO. 20-70115-hdh11 |
| | § | |
| | § | |
| DEBTOR. | § | |

**ORDER GRANTING CROSSFIRST BANK'S MOTION TO DISMISS THE DEBTOR'S CHAPTER 11 BANKRUPTCY CASE PURSUANT TO 11 U.S.C. § 1112(b)(1)**

This matter came before this Court at a hearing, upon due and proper notice, on the *Motion to Dismiss the Bankruptcy Case of Bowie Real Estate Holdings, LP* (the "**Motion**")[1] filed by CrossFirst Bank ("**CrossFirst**").  This Court, having considered the Motion, any responses and objections thereto, and the exhibits, testimony, and arguments at the hearing on the Motion, finds that the Motion should be granted.  It is therefore:

ORDERED that the Motion is GRANTED in its entirety; and it is further

---

[1] Unless otherwise stated herein, all capitalized terms shall have the meanings assigned to them in the Motion.

26123397v.3

ORDERED that the above-captioned proceeding is dismissed pursuant to section 1112(b) for cause; and it is further

ORDERED that this Court shall have jurisdiction over any and all disputes arising under this Order.

### END OF ORDER ###

Prepared and Submitted by:

Jackson Walker LLP
Michael S. Held
State Bar No. 09388150
Vienna F. Anaya
State Bar No. 24091225
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214)953-6700 – Telephone
Email: mheld@jw.com
Email: vanaya@jw.com

**ATTORNEYS FOR CROSSFIRST BANK**

26123397v.3