IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| BOWIE REAL ESTATE HOLDINGS, LP | § | CASE NO. 20-70115-hdh11 |
| | § | |
| | § | |
| DEBTOR. | § | |

### ORDER GRANTING CROSSFIRST BANK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

ON FOR CONSIDERATION, CrossFirst Bank's Motion for Relief from the Automatic Stay ("Motion").  The Court, having considered same, and found that notice of the Motion was proper, is of the opinion that the Motion should be GRANTED in its entirety; it is therefore

ORDERED ADJUDGED and DECREED that the Motion is GRANTED; it is further

ORDERED that the automatic stay under 11 U.S.C. § 362 is hereby terminated to allow CrossFirst[1] to exercise all its rights and remedies under state law with respect to the Real Property Collateral, including foreclosure of the Real Property Collateral; and it is further

ORDERED that the fourteen day stay pursuant to Bankruptcy Rule 4001(a)(3) is hereby waived, and CrossFirst may immediately (and at any time thereafter) enforce and implement this Order upon its entry on the docket.

---

[1] Capitalized words not defined herein shall have the meanings ascribed to them in the Motion.

1

2

###End of Order###

Prepared and Submitted by:

Michael S. Held
State Bar No. 09388150
Vienna F. Anaya
State Bar No. 24091225
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201
(214) 953-6000 – Telephone
Email: mheld@jw.com
Email: vanaya@jw.com

**COUNSEL TO CROSSFIRST BANK**