```
Label Matrix for local noticing          Bowie Real Estate Holdings, LP          Montague County & Bowie ISD
0539-7                                   4851 LBJ Fwy, Ste 150                   c/o Perdue Brandon Fielder
Case 20-70115-hdh11                      Dallas, TX 75244-6004                   PO Box 8188
Northern District of Texas                                                       Wichita Falls, TX 76307-8188
Wichita Falls
Fri Jul 10 17:21:46 CDT 2020

Quilling, Selander, Lownds, Winslett & Moser    1100 Commerce Street             Bowie Independent School District
2001 Bryan Street                        Room 1254                               100 W. Wichita St.
Suite 1800                               Dallas, TX 75242-1305                   Bowie, TX 76230-5416
Dallas, TX 75201-3070


Bowie Independent School District        City of Bowie                           Comptroller of Public Accounts
c/o Perdue Brandon Fielder               304 Lindsey St.                         C/O Office of the Attorney General
PO Box 8188                              Bowie, TX 76230-4912                    Bankruptcy - Collections Division MC-008
Wichita Falls, TX 76307-8188                                                     PO Box 12548
                                                                                 Austin TX  78711-2548


CrossFirst Bank                          Hashmi Law Group                        Hitachi Capital America Corp.
2021 McKinney Avenue, Ste 800            4851 LBJ Fwy, Suite 150                 7808 Creekridge Circle
Dallas, TX 75201-3346                    Dallas, TX 75244-6004                   Edina, NM 55439-2647


Jackson Walker LLP                       Mark Weisbart, Trustee for NAHS Real Estate,    Montague County
Attn Kelly Hodge, Esq                    12770 Coit Road, Suite 541              c/o Perdue Brandon Fielder
2021 McKinney Ave., Ste 800              Dallas, Texas 75251-1366                PO Box 8188
Dallas, TX 75201-3346                                                            Wichita Falls, TX 76307-8188


Montague County Tax Authority            Perdue Brandon Collins & Mott LLP       (p)US PREMIUM FINANCE
PO Box 8                                 900 8th St., Suite 1100                 280 TECHNOLOGY PARKWAY
Montague, TX 76251-0008                  Wichita Falls, TX 76301-6812            SUITE 200
                                                                                 NORCROSS GA 30092-2990


United States Trustee                    William Kincaid                         Yam Capital, LLC
1100 Commerce Street                     802 Gray St.                            c/o Jay Krystinik
Room 976                                 Bowie, TX 76230                         Reed Smith, LLP
Dallas, TX 75242-0996                                                            2850 N. Harwood, Suite 1500
                                                                                 Dallas, Texas 75201-2640


John Paul Stanford
Quilling, Selander, Lownds, et al
2001 Bryan St., Suite 1800
Dallas, TX 75201-3071
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
US Premium Finance
280 Technology Pkwy, Ste 200
Norcross, GA 30092
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CrossFirst Bank

End of Label Matrix
Mailable recipients  21
Bypassed recipients   1
Total                22