Michael S. Held
State Bar No. 09388150
Vienna F. Anaya
State Bar No. 24091225
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201
(214) 953-6000 – Telephone
Email: mheld@jw.com
Email: vanaya@jw.com

*Counsel to CrossFirst Bank*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| BOWIE REAL ESTATE HOLDINGS, LP | § | CASE NO. 20-70115-hdh11 |
| | § | |
| | § | |
| DEBTOR. | § | |

## AMENDED CERTIFICATE OF SERVICE TO CROSSFIRST BANK'S MOTION TO DISMISS THE DEBTOR'S CHAPTER 11 BANKRUPTCY CASE PURSUANT TO 11 U.S.C. §1112(B)(1) AND CROSSFIRST BANK'S MOTION FOR RELIEF FROM STAY

I hereby certify that a copy of CrossFirst Bank's *Motion to Dismiss the Debtor's Chapter 11 Bankruptcy Case Pursuant to 11 U.S.C. § 1112(b)(1)* (the "**Motion to Dismiss**") [ECF No. 26] and CrossFirst Bank's *Motion for Relief from Automatic Stay* (the "**Motion for Relief from Stay**") [ECF No. 27] was served (a) upon all parties of record via ECF electronic notice on July 10, 2020, and (b) by regular first class mail on July 13, 2020 where electronic service was not possible on the Matrix attached hereto.

26317237

Dated: July 14, 2020

        Respectfully submitted,

        Jackson Walker LLP
        2323 Ross Avenue, Suite 600
        Dallas, Texas 75201
        Telephone: (214) 953-6000
        Facsimile: (214) 953-5822

        /s/ *Michael S. Held*
        *Michael S. Held*
        State Bar No. 09388150
        (214) 953-5859 – direct dial
        (214) 661-5822 –fax
        Email: mheld@jw.com

        Vienna F. Anaya
        State Bar No. 24091225
        (214) 953-6047 – direct dial
        (214) 661-5822 – fax
        Email: vanaya@jw.com

        **ATTORNEYS FOR CROSSFIRST BANK**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-7<br>Case 20-70115-hdh11<br>Northern District of Texas<br>Wichita Falls<br>Tue Jul 14 17:05:03 CDT 2020 | Bowie Real Estate Holdings, LP<br>4851 LBJ Fwy, Ste 150<br>Dallas, TX 75244-6004 | Montague County & Bowie ISD<br>c/o Perdue Brandon Fielder<br>PO Box 8188<br>Wichita Falls, TX 76307-8188 |
| Quilling, Selander, Lownds, Winslett & Moser<br>2001 Bryan Street<br>Suite 1800<br>Dallas, TX 75201-3070 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 | Bowie Independent School District<br>100 W. Wichita St.<br>Bowie, TX 76230-5416 |
| Bowie Independent School District<br>c/o Perdue Brandon Fielder<br>PO Box 8188<br>Wichita Falls, TX 76307-8188 | City of Bowie<br>304 Lindsey St.<br>Bowie, TX 76230-4912 | Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX  78711-2548 |
| CrossFirst Bank<br>2021 McKinney Avenue, Ste 800<br>Dallas, TX 75201-3346 | Hashmi Law Group<br>4851 LBJ Fwy, Suite 150<br>Dallas, TX 75244-6004 | Hitachi Capital America Corp.<br>7808 Creekridge Circle<br>Edina, NM 55439-2647 |
| Jackson Walker LLP<br>Attn Kelly Hodge, Esq<br>2021 McKinney Ave., Ste 800<br>Dallas, TX 75201-3346 | Mark Weisbart, Trustee for NAHS Real Estate,<br>12770 Coit Road, Suite 541<br>Dallas, Texas 75251-1366 | Montague County<br>c/o Perdue Brandon Fielder<br>PO Box 8188<br>Wichita Falls, TX 76307-8188 |
| Montague County Tax Authority<br>PO Box 8<br>Montague, TX 76251-0008 | Perdue Brandon Collins & Mott LLP<br>900 8th St., Suite 1100<br>Wichita Falls, TX 76301-6812 | (p)US PREMIUM FINANCE<br>280 TECHNOLOGY PARKWAY<br>SUITE 200<br>NORCROSS GA 30092-2990 |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | William Kincaid<br>802 Gray St.<br>Bowie, TX 76230 | Yam Capital, LLC<br>c/o Jay Krystinik<br>Reed Smith, LLP<br>2850 N. Harwood, Suite 1500<br>Dallas, Texas 75201-2640 |
| John Paul Stanford<br>Quilling, Selander, Lownds, et al<br>2001 Bryan St., Suite 1800<br>Dallas, TX 75201-3071 | | |

**The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).**

US Premium Finance
280 Technology Pkwy, Ste 200
Norcross, GA 30092

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CrossFirst Bank

End of Label Matrix
Mailable recipients    21
Bypassed recipients     1
Total                  22