Michael S. Held
State Bar No. 09388150
Vienna F. Anaya
State Bar No. 24091225
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201
(214) 953-6000 – Telephone
Email: mheld@jw.com
Email: vanaya@jw.com

*Counsel to CrossFirst Bank*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| BOWIE REAL ESTATE HOLDINGS, LP | § | CASE NO. 20-70115-hdh11 |
| | § | |
| | § | |
| DEBTOR. | § | |

**AMENDED NOTICE OF HEARING ON CROSSFIRST BANK'S
MOTION FOR RELIEF FROM STAY**

PLEASE TAKE NOTICE that on July 10, 2020, CrossFirst Bank ("**CrossFirst**") filed its Motion for Relief from Automatic Stay ("**Motion**") [ECF No. 27].

PLEASE TAKE FURTHER NOTICE that the Motion has been set for hearing on **July 29, 2020** at 1:30 p.m. (prevailing Central Time) before Chief Bankruptcy Judge Harlin D. Hale, United States Bankruptcy Judge, 1100 Commerce Street, 14th Floor, Courtroom No. 3, Dallas, Texas 75242.

**Electronic Appearances**

Please note that all persons will appear via Cisco WebEx videoconference. The Court requests that Parties review the Court's procedures for electronic appearances attached hereto as **Exhibit A** prior to the hearing.

2

The hearing link and connection information may be found at: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-hales-hearing-dates.

Dated: July 14, 2020

        Respectfully submitted,

        Jackson Walker LLP
        2323 Ross Avenue, Suite 600
        Dallas, Texas 75201
        Telephone: (214) 953-6000
        Facsimile: (214) 953-5822

        /s/ *Michael S. Held*
        *Michael S. Held*
        State Bar No. 09388150
        (214) 953-5859 – direct dial
        (214) 661-5822 –fax
        Email: mheld@jw.com

        Vienna F. Anaya
        State Bar No. 24091225
        (214) 953-6047 – direct dial
        (214) 661-5822 – fax
        Email: vanaya@jw.com

        **ATTORNEYS FOR CROSSFIRST BANK**

26318643

3

## **CERTIFICATE OF SERVICE**

       I certify that on July 14, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing (ECF) System for the United States Bankruptcy Court for the Northern District of Texas, and on July 15, 2020 via regular first-class U.S. mail, postage prepaid, on all parties on the attached matrix where ECF Notice was not possible.

/s/ *Michael S. Held*
Michael S. Held

26318643

### **TIPS FOR A BETTER-QUALITY EXPERIENCE:**

1. You may connect to the videoconference by cell phone, tablet, laptop, or desktop computer. We have found that newer iPhones provide the best visual and audio feed—better than most desktop computers. If you are on a personal computer, **headphones or earbuds are required** for those who need to speak during the hearing. External speakers tend to result in distorted sound when that person's microphone is unmuted.

2. Please observe proper videoconference etiquette—

    a. Identify yourself each time you speak and speak slowly and clearly. Remember we are trying to maintain a good record in addition to allowing the court and everyone to hear you and see you while you are speaking. Also, WebEx has active speaker identification that will determine who is speaking and display your screen to everyone after it picks up your voice, which could be a second or two after you start speaking.

    b. **Mute yourself when not speaking**. Be aware that court staff can also mute participants if needed, so make sure you are unmuted when you do need to speak.

    c. All witness and attorneys who will be conducting examination must use a separate camera and microphone so that they may be seen and heard by the Court and other conference attendees.

3. When making an appearance from a vehicle, please park in a safe location with windows rolled up (to minimize background distraction and noise) and use a handset that is ear-to-phone (not the vehicle's hands-free speaker-phone option).

### **PARTICIPATING IN BANKRUPTCY COURT HEARINGS BY VIDEOCONFERENCE**

During the COVID-19 Pandemic, the Northern District of Texas Bankruptcy Court is using videoconferencing more frequently for hearings. The determination to use videoconferencing for hearings will be made on a case-by-case basis by the presiding judge, based upon the needs of the case.

**HOW?** Currently, we are using the Cisco WebEx application for videoconferencing that can easily be accessed on a phone, tablet, laptop or PC. There is no fee/charge of any kind for the participants, although you will have to download WebEx to your computer or the WebEx App to your phone or tablet. The courtroom deputy will give you instructions on how to connect (for example, by giving you the link and Conference ID to use). You may also be asked to include this information in your notice of hearing.

**WHAT IF I WOULD RATHER JUST LISTEN IN AND NOT HAVE VIDEO?** You will still be able to participate through the WebEx telephone dial-in only option on a cell phone or land line in those hearings where the court decides to make videoconferencing available. You also have the ability to connect through the WebEx application and select "audio only" if you

**EXHIBIT A**

just want to listen to the hearing and not participate by video, or you can "mute" your video presence at any time during the hearing.

**EXHIBITS AND SUCH:** Exhibits should be filed ahead of time by the date that they would normally be exchanged pursuant to our local rules. Demonstrative aids and Power Points should also be filed prior to the hearing, if possible. If not, you will have the ability to share your screen, or a particular document, with everyone in the WebEx meeting. If these documents are admitted as exhibits, they would then have to be filed after the hearing.

During the videoconference hearing, lawyers can refer to (and offer) their exhibits by referencing where they appear on the docket for the court and all to access. Later, after the hearing, the court will create a Minute Entry reflecting which exhibits were admitted. For witnesses, you should consider emailing exhibits to them ahead of time since they may not have access to PACER—although, again, a document share-your-screen feature is available on WebEx.

**EXHIBIT A**

```
Label Matrix for local noticing            Bowie Real Estate Holdings, LP            Montague County & Bowie ISD
0539-7                                     4851 LBJ Fwy, Ste 150                     c/o Perdue Brandon Fielder
Case 20-70115-hdh11                        Dallas, TX 75244-6004                     PO Box 8188
Northern District of Texas                                                           Wichita Falls, TX 76307-8188
Wichita Falls
Tue Jul 14 17:05:03 CDT 2020

Quilling, Selander, Lownds, Winslett & Moser   1100 Commerce Street                  Bowie Independent School District
2001 Bryan Street                              Room 1254                             100 W. Wichita St.
Suite 1800                                     Dallas, TX 75242-1305                 Bowie, TX 76230-5416
Dallas, TX 75201-3070


Bowie Independent School District          City of Bowie                             Comptroller of Public Accounts
c/o Perdue Brandon Fielder                 304 Lindsey St.                           C/O Office of the Attorney General
PO Box 8188                                Bowie, TX 76230-4912                      Bankruptcy - Collections Division MC-008
Wichita Falls, TX 76307-8188                                                         PO Box 12548
                                                                                     Austin TX  78711-2548


CrossFirst Bank                            Hashmi Law Group                          Hitachi Capital America Corp.
2021 McKinney Avenue, Ste 800              4851 LBJ Fwy, Suite 150                   7808 Creekridge Circle
Dallas, TX 75201-3346                      Dallas, TX 75244-6004                     Edina, NM 55439-2647


Jackson Walker LLP                         Mark Weisbart, Trustee for NAHS Real Estate,   Montague County
Attn Kelly Hodge, Esq                      12770 Coit Road, Suite 541                     c/o Perdue Brandon Fielder
2021 McKinney Ave., Ste 800                Dallas, Texas 75251-1366                       PO Box 8188
Dallas, TX 75201-3346                                                                     Wichita Falls, TX 76307-8188


Montague County Tax Authority              Perdue Brandon Collins & Mott LLP         (p)US PREMIUM FINANCE
PO Box 8                                   900 8th St., Suite 1100                   280 TECHNOLOGY PARKWAY
Montague, TX 76251-0008                    Wichita Falls, TX 76301-6812              SUITE 200
                                                                                     NORCROSS GA 30092-2990


United States Trustee                      William Kincaid                           Yam Capital, LLC
1100 Commerce Street                       802 Gray St.                              c/o Jay Krystinik
Room 976                                   Bowie, TX 76230                           Reed Smith, LLP
Dallas, TX 75242-0996                                                                2850 N. Harwood, Suite 1500
                                                                                     Dallas, Texas 75201-2640


John Paul Stanford
Quilling, Selander, Lownds, et al
2001 Bryan St., Suite 1800
Dallas, TX 75201-3071
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
US Premium Finance
280 Technology Pkwy, Ste 200
Norcross, GA 30092
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CrossFirst Bank

End of Label Matrix
Mailable recipients    21
Bypassed recipients     1
Total                  22