Michael S. Held
State Bar No. 09388150
Vienna F. Anaya
State Bar No. 24091225
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201
(214) 953-6000 – Telephone
Email: mheld@jw.com
Email: vanaya@jw.com

*Counsel to CrossFirst Bank*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| BOWIE REAL ESTATE HOLDINGS, LP | § | CASE NO. 20-70115-hdh11 |
| | § | |
| | § | |
| DEBTOR. | § | |

**NOTICE OF HEARING ON CROSSFIRST BANK'S MOTION
TO DISMISS THE DEBTOR'S CHAPTER 11 BANKRUPTCY CASE
PURSUANT TO 11 U.S.C. § 1112(b)(1)**

PLEASE TAKE NOTICE that on July 10, 2020, CrossFirst Bank ("**CrossFirst**") filed its Motion to Dismiss the Debtor's Chapter 11 Bankruptcy Case Pursuant to § 1112(b)(1) (the "**Motion to Dismiss**") [ECF No. 26].

PLEASE TAKE FURTHER NOTICE that the Motion has been set for hearing on **August 12, 2020** at 9:00 a.m. (prevailing Central Time) before Chief Bankruptcy Judge Harlin D. Hale, United States Bankruptcy Judge, 1000 Lamar Street, Room 222, Wichita Falls, Texas 76301.

**Electronic Appearances**

Please note that all persons will appear via Cisco WebEx videoconference. The Court requests that Parties review the Court's procedures for electronic appearances attached hereto as **Exhibit A** prior to the hearing.

The hearing link and connection information may be found at: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-hales-hearing-dates.

Dated: July 16, 2020

Respectfully submitted,

Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6000
Facsimile: (214) 953-5822

/s/ *Michael S. Held*
*Michael S. Held*
State Bar No. 09388150
(214) 953-5859 – direct dial
(214) 661-5822 –fax
Email: mheld@jw.com

Vienna F. Anaya
State Bar No. 24091225
(214) 953-6047 – direct dial
(214) 661-5822 – fax
Email: vanaya@jw.com

**ATTORNEYS FOR CROSSFIRST BANK**

## **CERTIFICATE OF SERVICE**

      I certify that on July 16, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing (ECF) System for the United States Bankruptcy Court for the Northern District of Texas, and on July 17, 2020 via regular first-class U.S. mail, postage prepaid, on all parties on the attached matrix where ECF Notice was not possible.

                                              /s/ *Michael S. Held*
                                              Michael S. Held

26335278

### **TIPS FOR A BETTER-QUALITY EXPERIENCE:**

1. You may connect to the videoconference by cell phone, tablet, laptop, or desktop computer. We have found that newer iPhones provide the best visual and audio feed—better than most desktop computers. <u>If you are on a personal computer</u>, **headphones or earbuds are required** <u>for those who need to speak during the hearing</u>. External speakers tend to result in distorted sound when that person's microphone is unmuted.

2. Please observe proper videoconference etiquette—

    a. Identify yourself each time you speak and speak slowly and clearly. Remember we are trying to maintain a good record in addition to allowing the court and everyone to hear you and see you while you are speaking. Also, WebEx has active speaker identification that will determine who is speaking and display your screen to everyone after it picks up your voice, which could be a second or two after you start speaking.

    b. **Mute yourself when not speaking**. Be aware that court staff can also mute participants if needed, so make sure you are unmuted when you do need to speak.

    c. All witness and attorneys who will be conducting examination must use a separate camera and microphone so that they may be seen and heard by the Court and other conference attendees.

3. When making an appearance from a vehicle, please park in a safe location with windows rolled up (to minimize background distraction and noise) and use a handset that is ear-to-phone (not the vehicle's hands-free speaker-phone option).

### **P**ARTICIPATING IN **B**ANKRUPTCY **C**OURT **H**EARINGS BY **V**IDEOCONFERENCE

During the COVID-19 Pandemic, the Northern District of Texas Bankruptcy Court is using videoconferencing more frequently for hearings. The determination to use videoconferencing for hearings will be made on a case-by-case basis by the presiding judge, based upon the needs of the case.

**HOW?** Currently, we are using the Cisco WebEx application for videoconferencing that can easily be accessed on a phone, tablet, laptop or PC. There is no fee/charge of any kind for the participants, although you will have to download WebEx to your computer or the WebEx App to your phone or tablet. The courtroom deputy will give you instructions on how to connect (for example, by giving you the link and Conference ID to use). You may also be asked to include this information in your notice of hearing.

**WHAT IF I WOULD RATHER JUST LISTEN IN AND NOT HAVE VIDEO?** You will still be able to participate through the WebEx telephone dial-in only option on a cell phone or land line in those hearings where the court decides to make videoconferencing available. You also have the ability to connect through the WebEx application and select "audio only" if you

just want to listen to the hearing and not participate by video, or you can "mute" your video presence at any time during the hearing.

**EXHIBITS AND SUCH:** Exhibits should be filed ahead of time by the date that they would normally be exchanged pursuant to our local rules. Demonstrative aids and Power Points should also be filed prior to the hearing, if possible. If not, you will have the ability to share your screen, or a particular document, with everyone in the WebEx meeting. If these documents are admitted as exhibits, they would then have to be filed after the hearing.

During the videoconference hearing, lawyers can refer to (and offer) their exhibits by referencing where they appear on the docket for the court and all to access. Later, after the hearing, the court will create a Minute Entry reflecting which exhibits were admitted. For witnesses, you should consider emailing exhibits to them ahead of time since they may not have access to PACER—although, again, a document share-your-screen feature is available on WebEx.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-7<br>Case 20-70115-hdh11<br>Northern District of Texas<br>Wichita Falls<br>Tue Jul 14 17:05:03 CDT 2020 | Bowie Real Estate Holdings, LP<br>4851 LBJ Fwy, Ste 150<br>Dallas, TX 75244-6004 | Montague County & Bowie ISD<br>c/o Perdue Brandon Fielder<br>PO Box 8188<br>Wichita Falls, TX 76307-8188 |
| Quilling, Selander, Lownds, Winslett & Moser<br>2001 Bryan Street<br>Suite 1800<br>Dallas, TX 75201-3070 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 | Bowie Independent School District<br>100 W. Wichita St.<br>Bowie, TX 76230-5416 |
| Bowie Independent School District<br>c/o Perdue Brandon Fielder<br>PO Box 8188<br>Wichita Falls, TX 76307-8188 | City of Bowie<br>304 Lindsey St.<br>Bowie, TX 76230-4912 | Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX 78711-2548 |
| CrossFirst Bank<br>2021 McKinney Avenue, Ste 800<br>Dallas, TX 75201-3346 | Hashmi Law Group<br>4851 LBJ Fwy, Suite 150<br>Dallas, TX 75244-6004 | Hitachi Capital America Corp.<br>7808 Creekridge Circle<br>Edina, NM 55439-2647 |
| Jackson Walker LLP<br>Attn Kelly Hodge, Esq<br>2021 McKinney Ave., Ste 800<br>Dallas, TX 75201-3346 | Mark Weisbart, Trustee for NAHS Real Estate,<br>12770 Coit Road, Suite 541<br>Dallas, Texas 75251-1366 | Montague County<br>c/o Perdue Brandon Fielder<br>PO Box 8188<br>Wichita Falls, TX 76307-8188 |
| Montague County Tax Authority<br>PO Box 8<br>Montague, TX 76251-0008 | Perdue Brandon Collins & Mott LLP<br>900 8th St., Suite 1100<br>Wichita Falls, TX 76301-6812 | (p)US PREMIUM FINANCE<br>280 TECHNOLOGY PARKWAY<br>SUITE 200<br>NORCROSS GA 30092-2990 |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | William Kincaid<br>802 Gray St.<br>Bowie, TX 76230 | Yam Capital, LLC<br>c/o Jay Krystinik<br>Reed Smith, LLP<br>2850 N. Harwood, Suite 1500<br>Dallas, Texas 75201-2640 |
| John Paul Stanford<br>Quilling, Selander, Lownds, et al<br>2001 Bryan St., Suite 1800<br>Dallas, TX 75201-3071 | | |



**The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).**

US Premium Finance
280 Technology Pkwy, Ste 200
Norcross, GA 30092

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CrossFirst Bank

End of Label Matrix
Mailable recipients    21
Bypassed recipients     1
Total                  22