Michael S. Held
State Bar No. 09388150
Vienna F. Anaya
State Bar No. 24091225
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201
(214) 953-6000 – Telephone
Email: mheld@jw.com
Email: vanaya@jw.com

*Counsel to CrossFirst Bank*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| BOWIE REAL ESTATE HOLDINGS, LP | § | CASE NO. 20-70115-hdh11 |
| | § | |
| | § | |
| DEBTOR. | § | |

## **CROSSFIRST BANK'S EXHIBIT LIST**

COME NOW CrossFirst Bank ("**CrossFirst**"), creditor in the above-styled and numbered case, and files this Exhibit List for the hearing on CrossFirst Bank's Motion for Relief from Automatic Stay [ECF No. 27], scheduled for Monday, July 29, 2020 at 1:30 p.m. (the "**Hearing**"):

## EXHIBITS

CrossFirst may offer into evidence one or more of the following exhibits at the Hearing:

| Ex. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 1. | Declaration of Dustin Gibson in Support of CrossFirst Bank's Motion for Relief from the Automatic Stay [ECF No. 27], including all exhibits attached thereto:<br>  1-A.  Business Loan Agreement dated December 14, 2017, in the original principal amount of $2,500,000<br>  1-B.  Promissory Note dated December 14, 2017, in the original principal amount of $2,500,000<br>  1-C.  Commercial Guaranty executed by Bowie Real Estate Holdings, L.P.<br>  1-D.  Deed of Trust filed with the County Clerk for Montague County, Texas on December 20, 201 as Instrument No. 1705221<br>  1-E.  CrossFirst Bank's Demand Letter dated February 28, 2020<br>  1-F.  CrossFirst Bank's Demand Letter dated March 4, 2020<br>  1-G.  CrossFirst Bank's Demand Letter dated March 13, 2020<br>  1-H.  CrossFirst Bank's Notice of Intent to Foreclose dated March 17, 2020 | | | |
| 2. | CrossFirst Bank's Proof of Claim [Claims Register No. 6] | | | |

CrossFirst reserves the right to: (i) use any and all pleadings or other documents filed in this Bankruptcy Case; (ii) use any exhibits presented by any other party; (iii) use any exhibits not listed here for impeachment and rebuttal purposes; and (iv) supplement and amend this list prior to the scheduled hearing.

DATED July 24, 2020

                                      Respectfully submitted,

Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6000
Facsimile: (214) 953-5822

/s/ *Michael S. Held*
*Michael S. Held*
State Bar No. 09388150
(214) 953-5859 – direct dial
(214) 661-5822 –fax
Email: mheld@jw.com

Vienna F. Anaya
State Bar No. 24091225
(214) 953-6047 – direct dial
(214) 661-5822 – fax
Email: vanaya@jw.com

**ATTORNEYS FOR CROSSFIRST BANK**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 24th day of July 2020, true and correct copies of this document were (i) electronically served by the Court's ECF system on parties entitled to notice thereof; (ii) by email on the parties listed below; and (iii) by first class mail on the attached service list.

**John Paul Stanford**
Quilling, Selander, Lownds, et al
2001 Bryan St., Suite 1800
Dallas, TX 75201-4240
Email: jstanford@qslwm.com

                                        /s/ *Michael S. Held*
                                        Michael S. Held

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-7<br>Case 20-70115-hdh11<br>Northern District of Texas<br>Wichita Falls<br>Fri Jul 24 11:38:48 CDT 2020 | Bowie Real Estate Holdings, LP<br>4851 LBJ Fwy, Ste 150<br>Dallas, TX 75244-6004 | Montague County & Bowie ISD<br>c/o Perdue Brandon Fielder<br>PO Box 8188<br>Wichita Falls, TX 76307-8188 |
| Quilling, Selander, Lownds, Winslett & Moser<br>2001 Bryan Street<br>Suite 1800<br>Dallas, TX 75201-3070 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 | Bowie Independent School District<br>100 W. Wichita St.<br>Bowie, TX 76230-5416 |
| Bowie Independent School District<br>c/o Perdue Brandon Fielder<br>PO Box 8188<br>Wichita Falls, TX 76307-8188 | City of Bowie<br>304 Lindsey St.<br>Bowie, TX 76230-4912 | Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX 78711-2548 |
| CrossFirst Bank<br>2021 McKinney Avenue, Ste 800<br>Dallas, TX 75201-3346 | Hashmi Law Group<br>4851 LBJ Fwy, Suite 150<br>Dallas, TX 75244-6004 | Hitachi Capital America Corp.<br>7808 Creekridge Circle<br>Edina, NM 55439-2647 |
| Jackson Walker LLP<br>Attn Kelly Hodge, Esq<br>2021 McKinney Ave., Ste 800<br>Dallas, TX 75201-3346 | Mark Weisbart, Trustee for NAHS Real Estate,<br>12770 Coit Road, Suite 541<br>Dallas, Texas 75251-1366 | Montague County<br>c/o Perdue Brandon Fielder<br>PO Box 8188<br>Wichita Falls, TX 76307-8188 |
| Montague County Tax Authority<br>PO Box 8<br>Montague, TX 76251-0008 | Perdue Brandon Collins & Mott LLP<br>900 8th St., Suite 1100<br>Wichita Falls, TX 76301-6812 | (p)US PREMIUM FINANCE<br>280 TECHNOLOGY PARKWAY<br>SUITE 200<br>NORCROSS GA 30092-2990 |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | William Kincaid<br>802 Gray St.<br>Bowie, TX 76230 | Yam Capital, LLC<br>c/o Jay Krystinik<br>Reed Smith, LLP<br>2850 N. Harwood, Suite 1500<br>Dallas, Texas 75201-2640 |
| John Paul Stanford<br>Quilling, Selander, Lownds, et al<br>2001 Bryan St., Suite 1800<br>Dallas, TX 75201-3071 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

US Premium Finance
280 Technology Pkwy, Ste 200
Norcross, GA 30092

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CrossFirst Bank

End of Label Matrix
Mailable recipients   21
Bypassed recipients    1
Total                22