IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| **IN RE:**<br><br>**BOWIE REAL ESTATE HOLDINGS, LP**<br><br>**DEBTOR** | **BANKRUPTCY CASE NO.:20-70115**<br><br>(CHAPTER 11)<br><br>Hearing:  July 29, 2020 at 1:30 pm on Motion for Relief from Stay |
| | **WITNESS AND EXHIBIT LIST OF**<br>**BOWIE REAL ESTATE HOLDINGS, LP** |

Bowie Real Estate Holdings, LP files this Witness and Exhibit List for the hearing on CrossFirst Bank's Motion for Relief from the automatic Stay *[Dkt. #27]* and Joinder by Montage County [*Dkt #34*] scheduled for July 29, 2020 at 1:30 p.m., and all subsequent settings on the matter, pursuant to Rule 9014(c), Local Rules of Bankruptcy Procedure.

## WITNESS LIST

1. Faraz Hashmi, by Affidavit.
2. Any witness designated by any other party.

## EXHIBIT LIST

| EXHIBIT | DESCRIPTION OF EXHIBIT | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| Debtor -A | Affidavit of Faraz Hashmi | | | |
| Debtor - B | Proposal to Purchase | | | |
| | All Pleadings and attached exhibits filed in the above proceeding | | | |
| | Any exhibits listed by any other party in their exhibit list | | | |
| | Rebuttal Exhibits | | | |

        Respectfully submitted,

        QUILLING, SELANDER, LOWNDS,
          WINSLETT & MOSER, P.C.
        2001 Bryan Street, Suite 1800
        Dallas, Texas 75201
        (214) 871-2100 (Telephone)
        (214) 871-2111 (Facsimile)

By: */s/ John Paul Stanford*
     John Paul Stanford
     State Bar No. 19037350

ATTORNEYS FOR BOWIE REAL ESTATE HOLDING, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 29th day of July, 2020, a true and correct copy of the foregoing instrument was served by electronic transmission via the Court's CM/ECF system upon all parties registered to receive electronic notice in this bankruptcy case including:

Mike Held                         mheld@jw.com
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, Texas 75201

Jeanmarie Baer                 mlerew@pbfcm.com
Jollie Lerew
PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, LLP
PO Box 8188
Wichita Falls, TX 76307

        */ John Paul Stanford*
        John Paul Stanford