

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 28, 2020**                                              **United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BOWIE REAL ESTATE HOLDINGS, LP | § | CASE NO. 20-70115 |
| | § | (Chapter 11) |
| DEBTORS | § | |

**ORDER AUTHORIZING DEBTOR TO EMPLOY
MATTHEWS RETAIL GROUP AS REAL ESTATE BROKER**

On this day came on for consideration the *Motion to Employ Matthews Retail Group as Real Estate Broker* [Docket #20] (the "Motion") filed by Bowie Real Estate Holdings, LP ("Debtor") praying for authority to employ Matthews Retail Group, Inc. dba Matthews Real Estate Investment Services as real estate broker to market and find a buyer for the Debtor's real property located at 705 E. Greenwood Ave. Bowie Texas; 1111 N. Lamb St. Bowie Texas; 804 Gray St., Bowie Texas 76230 (the "Real Property") which includes a 49-bed hospital facility and other improvements. The Motion is supported by the Affidavit of Rahul Chhajed. The Court finds that Matthews Retail Group represent no interest adverse to the Debtor or to the bankruptcy estate, that the employment of

Matthews Retail Group would be in the best interest of the estate and that the Motion should be granted. **IT IS THEREFORE,**

**ORDERED** that the Debtor is authorized to employ Matthews Retail Group as real estate broker on terms set forth in the Motion.  It is further,

**ORDERED** that the Debtor is authorized to compensate Matthews Retail Group under the terms and conditions set forth in the Motion.

### END OF ORDER ###