

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed August 10, 2020

United States Bankruptcy Judge

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| BOWIE REAL ESTATE HOLDINGS, LP, | § | CASE NO. 20-70115-hdh11 |
| | § | |
| DEBTOR. | § | |

### ORDER GRANTING AGREED MOTION FOR CONTINUANCE

ON THIS DATE CAME ON FOR CONSIDERATION the Agreed Motion to Continue Hearing ("Motion") filed by CrossFirst Bank ("CrossFirst"). The Court, having reviewed same, and any response(s) thereto, and found that notice of the Motion was proper, is of the opinion that the Motion should be GRANTED; it is therefore

ORDERED ADJUDGED and DECREED as follows:

1.  The Motion is hereby granted;

2.  CrossFirst will confer with Debtor Bowie Real Estate Holdings, LP to resolve or reset the Motion to Dismiss [ECF No. 26];

3.     The hearing on the Motion to Dismiss shall be converted to a status conference (the "Status Conference") to occur on August 12, 2020 at 9:00 a.m. at the United States Federal Courthouse, 1000 Lamar Street, Room 222, Wichita Falls, TX 76301;

4.     All appearances at the Status Conference will be live and in-person before the Honorable Harlin D. Hale.  Parties are required to wear masks when entering the United States Federal Courthouse and while inside the Federal Building; and

5.     Parties who wish to appear telephonically must pre-register with CourtCall at (866) 582-6878 or courtconference@courtcall.com prior to the Status Conference to obtain the dial-in information for the Status Conference.

### END OF ORDER ###

ORDER PREPARED AND SUBMITTED BY:

Michael S. Held
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6000
Facsimile: (214) 661-6859

Email: mheld@jw.com

**COUNSEL FOR CROSSFIRST BANK**