IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| BOWIE REAL ESTATE HOLDINGS, LP | § | CASE NO. 20-70115-hdh11 |
| | § | |
| | § | |
| DEBTOR. | § | |

### NOTICE OF WITHDRAWAL OF CROSSFIRST BANK'S MOTION TO DISMISS THE DEBTOR'S CHAPTER 11 BANKRUPTCY CASE PURSUANT TO 11 U.S.C. § 1112(B)(1) [ECF NO. 26]

**PLEASE TAKE NOTICE** that on July 10, 2020, CrossFirst Bank, a secured creditor in the above-captioned chapter 11 bankruptcy case, ("**CrossFirst**"), filed its Motion to Dismiss the Debtor's Chapter 11 Bankruptcy Case Pursuant to 11 U.S.C. § 1112(b)(1) [ECF No. 26] (the "**Motion to Dismiss**").

**PLEASE TAKE FURTHER NOTICE** that CrossFirst hereby withdraws the Motion without prejudice.

Dated: September 21, 2020    Respectfully submitted,

**JACKSON WALKER L.L.P.**

/s/ *Michael S. Held*
Michael S. Held
State Bar No. 9388150
Vienna F. Anaya
State Bar No. 24091225
2323 Ross Avenue, Suite 600
Dallas, TX  75201
(214) 953-6000 – Telephone
(214) 953-5822 – Facsimile
Email:  mheld@jw.com
    vanaya@jw.com

**COUNSEL FOR GLAZER BUSINESS INVESTMENT COMPANY, LTD.**

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on this the 21st day of September, 2020, true and correct copies of this document were electronically served by the Court's ECF system on parties entitled to notice thereof.

                                           */s/ Michael S. Held*
                                           Michael S. Held