| Date: 10/26/2020 | | | | | | Detail Transaction File List<br>Quilling, Selander, Lownds, Winslett & Moser P.C. | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|

**EXHIBIT "A"**

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | | |
| 8779.0001 | 04/06/2020 | 41 | A | 20 | 135.00 | 0.60 | 81.00 | Review first day filings for missing documents or issues (.2); draft emails to J.Standford regarding redacting tax return and issues with same (.2); electronically filed verification of creditor matrix and ecf declaration (.2).<br>Bowie Real Estate Holdings, LP<br>Chapter 11 | ARCH |
| 8779.0001 | 04/06/2020 | 24 | A | 20 | 350.00 | 3.30 | 1,155.00 | Prepare and file petition and supporting documentation; declaration pages. (2.800)  Prepare letter to CrossFirst Bank regarding bankruptcy; foreclosure (.5)<br>Bowie Real Estate Holdings, LP<br>Chapter 11 | ARCH |
| 8779.0001 | 04/07/2020 | 41 | A | 20 | 135.00 | 0.30 | 40.50 | Conduct UCC research and pull copies of same (.3).<br>Bowie Real Estate Holdings, LP<br>Chapter 11 | ARCH |
| 8779.0001 | 04/07/2020 | 24 | A | 20 | 350.00 | 2.20 | 770.00 | Telephone conversation with Faraz Hashmi regarding property; Plan in bankruptcy (.6)  Telephone conversation with Erin Schmidt regarding filing, meeting of creditors. (.4) Review UCC search for debtor. (.3) Review of UCC information regarding equipment (.5) Prepare information needed for schedules (.4)<br>Bowie Real Estate Holdings, LP<br>Chapter 11 | ARCH |
| 8779.0001 | 04/08/2020 | 41 | A | 20 | 135.00 | 0.30 | 40.50 | Conduct additional UCC research for Bowie Real Estate Holdings GP, LLC and Central Hospital of Bowie, LP, and pulled copies of same (.3).<br>Bowie Real Estate Holdings, LP<br>Chapter 11 | ARCH |
| 8779.0001 | 04/08/2020 | 24 | A | 20 | 350.00 | 1.00 | 350.00 | Email to client regarding UCC search; issue with equipment, additional searches. (.9) Emails US Trustee Office to reschedule Debtor Interview (.1).<br>Bowie Real Estate Holdings, LP<br>Chapter 11 | ARCH |
| 8779.0001 | 04/13/2020 | 24 | A | 20 | 350.00 | 0.70 | 245.00 | Telephone conversation with Mike Held regarding meeting with Bank and hospital over debt. (.3) Telephone conversation with Faraz Hashmi regarding Bank; plan. (.4)<br>Bowie Real Estate Holdings, LP<br>Chapter 11 | ARCH |
| 8779.0001 | 04/14/2020 | 24 | A | 20 | 350.00 | 0.50 | 175.00 | Prepare information for schedules.<br>Bowie Real Estate Holdings, LP<br>Chapter 11 | ARCH |
| 8779.0001 | 04/19/2020 | 24 | A | 20 | 350.00 | 1.50 | 525.00 | Revisions to schedules. send to client<br>Bowie Real Estate Holdings, LP<br>Chapter 11 | ARCH |
| 8779.0001 | 04/20/2020 | 24 | A | 20 | 350.00 | 2.50 | 875.00 | Email to client with requested information. Receipt of documents from client. Revision to schedules and forward final draft to client. Finalized remaining required documents. Filed with court.<br>Bowie Real Estate Holdings, LP<br>Chapter 11 | ARCH |
| 8779.0001 | 04/21/2020 | 24 | A | 20 | 350.00 | 0.20 | 70.00 | Review all filings.<br>Bowie Real Estate Holdings, LP<br>Chapter 11 | ARCH |
| 8779.0001 | 04/22/2020 | 24 | A | 20 | 350.00 | 1.20 | 420.00 | Telephone conversation with Mike Held regarding equipment; email to Faraz (.4). Telephone conversation with Faraz Hashmi regarding issues with CrossFirst (.3) Preparation of email to Haroon regarding equipment and receivables (.1) Prepared Amended Voluntary Petition and filed with the court (.4). Submit Declaration page.<br>Bowie Real Estate Holdings, LP<br>Chapter 11 | ARCH |
| 8779.0001 | 04/23/2020 | 41 | A | 20 | 135.00 | 0.10 | 13.50 | Electronically filed ECF declaration (.1).<br>Bowie Real Estate Holdings, LP<br>Chapter 11 | ARCH |
| 8779.0001 | 04/28/2020 | 24 | A | 20 | 350.00 | 0.10 | 35.00 | Email to and from Mike Held regarding property insurance (.1)<br>Bowie Real Estate Holdings, LP<br>Chapter 11 | ARCH |
| 8779.0001 | 05/15/2020 | 24 | H | 20 | 350.00 | 0.20 | 70.00 | Send email to attorney requesting patient.<br>Bowie Real Estate Holdings, LP<br>Chapter 11 | 15 |
| 8779.0001 | 05/18/2020 | 24 | H | 20 | 350.00 | 0.90 | 315.00 | Review Debtor Interview information and prepare email to Faraz regarding items to address before meeting of creditors. Monthly operating report.<br>Bowie Real Estate Holdings, LP<br>Chapter 11 | 16 |
| 8779.0001 | 05/20/2020 | 24 | H | 20 | 350.00 | 2.00 | 700.00 | Telephone conversation with Faraz Hashmi regarding | 17 |

Date: 10/26/2020

**Detail Transaction File List**
Quilling, Selander, Lownds, Winslett & Moser P.C.

Page: 2

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | | |
| | | | | | | | | documents for debtor interview and meeting of creditors including insurance (.4).  Prepare monthly operating report, send to Faraz and discuss. (.7).  Prepare documents to submit to U.S. Trustee (.9) Bowie Real Estate Holdings, LP Chapter 11 | |
| 8779.0001 | 05/22/2020 | 24 | H | 20 | 350.00 | 1.80 | 630.00 | Prepare email to Faraz regarding information for meeting of creditors and UST (.3). Assemble documents to delivery to Kendra Rust regarding documents for Debtor Interview and meeting of creditors, DIP account check, insurance; group pension statement; amended petition. (9) Bowie Real Estate Holdings, LP Chapter 11 | 18 |
| 8779.0001 | 05/26/2020 | 24 | H | 20 | 350.00 | 1.10 | 385.00 | Prepare for telephone conference (.4). Telephone conversation with Faraz Hashmi and Haroon Hashmi regarding meeting of creditors and related issues. (.6) Forward signed DIP form to Kendra Rust (.1) Bowie Real Estate Holdings, LP Chapter 11 | 19 |
| 8779.0001 | 05/27/2020 | 24 | H | 20 | 350.00 | 3.90 | 1,365.00 | Telephone conversation with Faraz Hashmi regarding meeting of creditors. (.3) Attend meeting of creditors, conducted by Erin Schmidt, attended by Mike Held for CrossFirst Bank and Ms. LaRue for Montague County. (2.0) Telephone conversation with Faraz Hashmi following meeting (.2) Preparation of Application to Employ Matthews Retail Group to market real property and affidavit in support (1.40) Bowie Real Estate Holdings, LP Chapter 11 | 20 |
| 8779.0001 | 05/28/2020 | 24 | H | 20 | 350.00 | 1.10 | 385.00 | Finalized application to employ real estate broker and filed with court. Bowie Real Estate Holdings, LP Chapter 11 | 21 |
| **Total for Fees** | | | | | Billable | 25.50 | 8,645.50 | | |
| **Expenses** | | | | | | | | | |
| 8779.0001 | 04/13/2020 | 24 | H | 10 | | | 29.60 | Paid to Bankruptcy Attorney Service for Copy and Postage Bowie Real Estate Holdings, LP Chapter 11 | 1 |
| 8779.0001 | 04/21/2020 | 24 | H | 10 | | | 14.25 | Paid to Bankruptcy Attorney Service for Copy and Postage Bowie Real Estate Holdings, LP Chapter 11 | 2 |
| 8779.0001 | 04/30/2020 | 24 | H | 10 | | | 2.00 | Paid to Secretary of State of Texas for Web Inquiries Bowie Real Estate Holdings, LP Chapter 11 | 3 |
| 8779.0001 | 04/30/2020 | 24 | H | 10 | | | 2.00 | Paid to Secretary of State of Texas for Web Inquiries Bowie Real Estate Holdings, LP Chapter 11 | 4 |
| 8779.0001 | 05/29/2020 | 24 | H | 45 | | | 39.00 | Postage & Copies Bowie Real Estate Holdings, LP Chapter 11 | 6 |
| 8779.0001 | 05/31/2020 | 24 | H | 45 | 0.650 | | 0.65 | Postage Bowie Real Estate Holdings, LP Chapter 11 | 5 |
| **Total for Expenses** | | | | | Billable | 0.00 | 87.50 | | |
| | | | | **GRAND TOTALS** | | | | | |
| | | | | | Billable | 25.50 | 8,733.00 | | |