| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-7<br>Case 20-70115-hdh11<br>Northern District of Texas<br>Wichita Falls<br>Mon Oct 26 12:03:27 CDT 2020 | Bowie Real Estate Holdings, LP<br>4851 LBJ Fwy, Ste 150<br>Dallas, TX 75244-6004 | Mathews Retail Group, Inc.<br>16501 Ventura Blvd<br>Suite 510<br>Encino, CA 91436-2070 |
| Montague County & Bowie ISD<br>c/o Perdue Brandon Fielder<br>PO Box 8188<br>Wichita Falls, TX 76307-8188 | Quilling, Selander, Lownds, Winslett & Moser<br>2001 Bryan Street<br>Suite 1800<br>Dallas, TX 75201-3070 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 |
| Bowie Independent School District<br>100 W. Wichita St.<br>Bowie, TX 76230-5416 | Bowie Independent School District<br>c/o Perdue Brandon Fielder<br>PO Box 8188<br>Wichita Falls, TX 76307-8188 | City of Bowie<br>304 Lindsey St.<br>Bowie, TX 76230-4912 |
| Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX  78711-2548 | CrossFirst Bank<br>2021 McKinney Avenue, Ste 800<br>Dallas, TX 75201-3346 | Hashmi Law Group<br>4851 LBJ Fwy, Suite 150<br>Dallas, TX 75244-6004 |
| Hitachi Capital America Corp.<br>7808 Creekridge Circle<br>Edina, NM 55439-2647 | Jackson Walker LLP<br>Attn Kelly Hodge, Esq<br>2021 McKinney Ave., Ste 800<br>Dallas, TX 75201-3346 | Mark Weisbart, Trustee for NAHS Real Estate,<br>12770 Coit Road, Suite 541<br>Dallas, Texas 75251-1366 |
| Montague County<br>c/o Perdue Brandon Fielder<br>PO Box 8188<br>Wichita Falls, TX 76307-8188 | Montague County Tax Authority<br>PO Box 8<br>Montague, TX 76251-0008 | Perdue Brandon Collins & Mott LLP<br>900 8th St., Suite 1100<br>Wichita Falls, TX 76301-6812 |
| (p)US PREMIUM FINANCE<br>280 TECHNOLOGY PARKWAY<br>SUITE 200<br>NORCROSS GA 30092-2990 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | William Kincaid<br>802 Gray St.<br>Bowie, TX 76230 |
| Yam Capital, LLC<br>c/o Jay Krystinik<br>Reed Smith, LLP<br>2850 N. Harwood, Suite 1500<br>Dallas, Texas 75201-2640 | John Paul Stanford<br>Quilling, Selander, Lownds, et al<br>2001 Bryan St., Suite 1800<br>Dallas, TX 75201-3071 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

US Premium Finance
280 Technology Pkwy, Ste 200
Norcross, GA 30092

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CrossFirst Bank

End of Label Matrix
Mailable recipients    22
Bypassed recipients     1
Total                  23