

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 4, 2021**                                   **United States Bankruptcy Judge**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BOWIE REAL ESTATE HOLDINGS, LP | § | CASE NO. 20-70115-HDH-11 |
| | § | (Chapter 11) |
| DEBTOR | § | |

### ORDER AUTHORIZING FIRST MOTION TO DRAW ON RETAINER BY QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C. AS GENERAL COUNSEL FOR DEBTOR

On this day came on for consideration the First Motion to Draw on Retainer by Quilling, Selander, Lownds, Winslett & Moser, P.C. as General Counsel for Debtor (the "Motion"). The Court finds that adequate notice of the Motion was given to parties in interest and that no objections to the Motion were timely filed and therefore the relief requested in the Motion should be granted.

**IT IS THEREFORE,**

**ORDERED** that pursuant to Local Bankruptcy Rule 2016-1(b) Quilling, Selander, Lownds, Winslett & Moser, P.C. is authorized to draw on its retainer in the amount of $6,926.00 to be applied to the invoice referenced in the Motion.

###End of Order###