ntcustrm (rev. 12/09)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Bowie Real Estate Holdings, LP § Case No.: 20−70115−hdh11
 § Chapter No.: 11
Debtor(s) §

# NOTICE OF U.S. TRUSTEE MOTION

***PLEASE TAKE NOTICE*** that unless a written response is filed with the clerk (including a certificate of service evidencing service upon the United States Trustee at 1100 Commerce Street, Room 976, Dallas, Texas 75242) within twenty−one (21) days following the issuance of this notice, an order granting the relief requested may be entered without further notice or hearing.

If a written response is filed a hearing will be held

at

    US Courthouse, Room 216A, 10th & Lamar St., Wichita Falls, TX 76301

to consider and act upon the following:

    Motion to dismiss case under 11 USC 1112(b) Hearing scheduled 3/18/2021 at 10:00 AM at Wichita Falls,Video Dkt Rm 216A. Objections due by 2/24/2021. (Schmidt, Erin)

A copy of the motion is on file and available for inspection in the Office of the Clerk,
United States Bankruptcy Court
1100 Commerce Street
Room 1254
Dallas, TX 75242−1496


DATED:  2/4/21                             FOR THE COURT:
                                                           Robert P. Colwell, Clerk of Court

United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 20-70115-hdh |
| Bowie Real Estate Holdings, LP | Chapter 11 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-7 | User: ctello | Page 1 of 2 |
| Date Rcvd: Feb 04, 2021 | Form ID: ntcustrm | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bowie Real Estate Holdings, LP, 4851 LBJ Fwy, Ste 150, Dallas, TX 75244-6004 |
| aty | + | Quilling, Selander, Lownds, Winslett & Moser, P.C., 2001 Bryan Street, Suite 1800, Dallas, TX 75201-3070 |
| br | + | Mathews Retail Group, Inc., 16501 Ventura Blvd, Suite 510, Encino, CA 91436-2070 |
| cr | + | Montague County & Bowie ISD, c/o Perdue Brandon Fielder, PO Box 8188, Wichita Falls, TX 76307-8188 |
| 18951070 | + | Bowie Independent School District, c/o Perdue Brandon Fielder, PO Box 8188, Wichita Falls, TX 76307-8188 |
| 18947185 | + | Bowie Independent School District, 100 W. Wichita St., Bowie, TX 76230-5416 |
| 19006551 | | Comptroller of Public Accounts, C/O Office of the Attorney General, Bankruptcy - Collections Division MC-008, PO Box 12548, Austin TX 78711-2548 |
| 18947187 | + | CrossFirst Bank, 2021 McKinney Avenue, Ste 800, Dallas, TX 75201-3346 |
| 18947188 | + | Hashmi Law Group, 4851 LBJ Fwy, Suite 150, Dallas, TX 75244-6004 |
| 18947189 | + | Hitachi Capital America Corp., 7808 Creekridge Circle, Edina, NM 55439-2647 |
| 18947190 | + | Jackson Walker LLP, Attn Kelly Hodge, Esq, 2021 McKinney Ave., Ste 800, Dallas, TX 75201-3346 |
| 19020183 | + | Mark Weisbart, Trustee for NAHS Real Estate, LP #2, 12770 Coit Road, Suite 541, Dallas, Texas 75251-1366 |
| 18951069 | + | Montague County, c/o Perdue Brandon Fielder, PO Box 8188, Wichita Falls, TX 76307-8188 |
| 18947191 | + | Montague County Tax Authority, PO Box 8, Montague, TX 76251-0008 |
| 18947192 | + | Perdue Brandon Collins & Mott LLP, 900 8th St., Suite 1100, Wichita Falls, TX 76301-6812 |
| 18947194 | | William Kincaid, 802 Gray St., Bowie, TX 76230 |
| 19019816 | + | Yam Capital, LLC, c/o Jay Krystinik, Reed Smith, LLP, 2850 N. Harwood, Suite 1500, Dallas, Texas 75201-2640 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 18947186 | + Email/Text: rlawson@cityofbowietx.com | Feb 04 2021 21:17:00 | City of Bowie, 304 Lindsey St., Bowie, TX 76230-4912 |
| 18947193 | Email/Text: jlippincott@uspremiumfinance.com | Feb 04 2021 21:16:00 | US Premium Finance, 280 Technology Pkwy, Ste 200, Norcross, GA 30092 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0539-7 | User: ctello | Page 2 of 2
Date Rcvd: Feb 04, 2021 | Form ID: ntcustrm | Total Noticed: 19

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2021   Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeanmarie Baer | on behalf of Creditor Montague County & Bowie ISD jbaer@pbfcm.com wichitafalls@pbfcm.com |
| John Paul Stanford | on behalf of Debtor Bowie Real Estate Holdings  LP jstanford@qslwm.com, nchancellor@qslwm.com |
| Michael Scott Held | on behalf of Creditor CrossFirst Bank mheld@jw.com lcrumble@jw.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 4