

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 15, 2021**

_____
United States Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **In re** | § | |
| | § | |
| **Bowie Real Estate Holdings, LP,** | § | Case No. 20-70115-HDH-11 |
| | § | |
| | § | |
| **Debtor-in-Possession** | § | |

**Agreed Order Dismissing Case Without Prejudice under 11 U.S.C. § 1112(b)**
Resolving Docket No. 49

Came on for hearing, the *United States Trustee's Motion to Dismiss Case under 11 U.S.C. § 1112(b)* ("Motion"). The Court finds that cause exists to dismiss this case and that the Debtor agrees to dismissal. The Court therefore

ORDERS that this case shall be DISMISSED without prejudice upon entry of this Order.

### End of Order ###

Agreed to as to form and substance:

*/s/ Erin Marie Schmidt*
Erin Marie Schmidt, for the United States Trustee

*/s/ John Paul Stanford (with permission by EMS)*
John Paul Stanford, for the Debtor

Proposed form of order prepared by:

Erin Marie Schmidt
Trial Attorney
Texas State Bar No. 24033042
Office of the United States Trustee
1100 Commerce St.  Room 976
Dallas, Texas 75242
Erin.Schmidt2@usdoj.gov
(214) 767-1075