

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 15, 2021**

_____
**United States Bankruptcy Judge**

___

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| Bowie Real Estate Holdings, LP, | § | Case No. 20-70115-HDH-11 |
| | § | |
| | § | |
| Debtor-in-Possession | § | |

**Agreed Order Dismissing Case Without Prejudice under 11 U.S.C. § 1112(b)**
Resolving Docket No. 49

Came on for hearing, the *United States Trustee's Motion to Dismiss Case under 11 U.S.C. § 1112(b)* ("Motion"). The Court finds that cause exists to dismiss this case and that the Debtor agrees to dismissal. The Court therefore

ORDERS that this case shall be DISMISSED without prejudice upon entry of this Order.

### End of Order ###

Agreed to as to form and substance:

*/s/ Erin Marie Schmidt*
Erin Marie Schmidt, for the United States Trustee

*/s/ John Paul Stanford (with permission by EMS)*
John Paul Stanford, for the Debtor

Proposed form of order prepared by:

Erin Marie Schmidt
Trial Attorney
Texas State Bar No. 24033042
Office of the United States Trustee
1100 Commerce St.  Room 976
Dallas, Texas 75242
Erin.Schmidt2@usdoj.gov
(214) 767-1075

United States Bankruptcy Court

Northern District of Texas

In re:                                                             Case No. 20-70115-hdh

Bowie Real Estate Holdings, LP                            Chapter 11

    Debtor

## CERTIFICATE OF NOTICE

District/off: 0539-7                               User: tbradden                                   Page 1 of 2

Date Rcvd: Mar 16, 2021                       Form ID: pdf022                             Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bowie Real Estate Holdings, LP, 4851 LBJ Fwy, Ste 150, Dallas, TX 75244-6004 |
| 18951070 | + | Bowie Independent School District, c/o Perdue Brandon Fielder, PO Box 8188, Wichita Falls, TX 76307-8188 |
| 18947185 | + | Bowie Independent School District, 100 W. Wichita St., Bowie, TX 76230-5416 |
| 19006551 | | Comptroller of Public Accounts, C/O Office of the Attorney General, Bankruptcy - Collections Division MC-008, PO Box 12548, Austin TX 78711-2548 |
| 18947187 | + | CrossFirst Bank, 2021 McKinney Avenue, Ste 800, Dallas, TX 75201-3346 |
| 18947188 | + | Hashmi Law Group, 4851 LBJ Fwy, Suite 150, Dallas, TX 75244-6004 |
| 18947189 | + | Hitachi Capital America Corp., 7808 Creekridge Circle, Edina, NM 55439-2647 |
| 18947190 | + | Jackson Walker LLP, Attn Kelly Hodge, Esq, 2021 McKinney Ave., Ste 800, Dallas, TX 75201-3346 |
| 19020183 | + | Mark Weisbart, Trustee for NAHS Real Estate, LP #2, 12770 Coit Road, Suite 541, Dallas, Texas 75251-1366 |
| 18951069 | + | Montague County, c/o Perdue Brandon Fielder, PO Box 8188, Wichita Falls, TX 76307-8188 |
| 18947191 | + | Montague County Tax Authority, PO Box 8, Montague, TX 76251-0008 |
| 18947192 | + | Perdue Brandon Collins & Mott LLP, 900 8th St., Suite 1100, Wichita Falls, TX 76301-6812 |
| 18947194 | | William Kincaid, 802 Gray St., Bowie, TX 76230 |
| 19019816 | + | Yam Capital, LLC, c/o Jay Krystinik, Reed Smith, LLP, 2850 N. Harwood, Suite 1500, Dallas, Texas 75201-2640 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 18947186 | + Email/Text: rlawson@cityofbowietx.com | Mar 16 2021 22:17:00 | City of Bowie, 304 Lindsey St., Bowie, TX 76230-4912 |
| 18947193 | Email/Text: jlippincott@uspremiumfinance.com | Mar 16 2021 22:16:00 | US Premium Finance, 280 Technology Pkwy, Ste 200, Norcross, GA 30092 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2021                              Signature:        /s/Joseph Speetjens

District/off: 0539-7  User: tbradden  Page 2 of 2
Date Rcvd: Mar 16, 2021  Form ID: pdf022  Total Noticed: 16

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Jeanmarie Baer | on behalf of Creditor Montague County & Bowie ISD jbaer@pbfcm.com  wichitafalls@pbfcm.com |
| John Paul Stanford | on behalf of Debtor Bowie Real Estate Holdings  LP jstanford@qslwm.com, nchancellor@qslwm.com |
| Michael Scott Held | on behalf of Creditor CrossFirst Bank mheld@jw.com  lcrumble@jw.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 4